| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

**DISTRICT OF NEW JERSEY**

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| 1. | Debtor's name | **Lotus Exim International, Inc.** |
| --- | --- | --- |
| 2. | All other names debtor used in the last 8 years <br> Include any assumed names, trade names and *doing business as* names | DBA **Lotus Marble & Granite, Inc.** <br> DBA **Perfect Marble & Granite, Inc.** <br> DBA **Elegant Marble & Granite, Inc.** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **22-3449129** |

4.  Debtor's address

**Principal place of business**

**16 Lellarts Lane**
**Elmwood Park, NJ 07407**
Number, Street, City, State & ZIP Code

**Bergen**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5.  Debtor's website (URL) _____

6.  Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Lotus Exim International, Inc.**                                    Case number (*if known*) _____
          Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **See Attachment** | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **Lotus Exim International, Inc.**                                    Case number (*if known*) _____
          Name

| 11. | Why is the case filed in *this district*? | Check all that apply: |
|---|---|---|

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

    Contact name _____

    Phone _____

---

    ■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Lotus Exim International, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 22, 2018**
            MM / DD / YYYY

**X** /s/ Rajendra Kankariya                    Rajendra Kankariya
    Signature of authorized representative of debtor        Printed name

Title    **President/CEO**

---

**18. Signature of attorney**

**X** /s/ Sam Della Fera, Jr.                    Date **March 22, 2018**
    Signature of attorney for debtor                    MM / DD / YYYY

**Sam Della Fera, Jr.**
Printed name

**Trenk, DiPasquale, Della Fera & Sodono, P.C.**
Firm name

**347 Mount Pleasant Avenue**
**Suite 300**
**West Orange, NJ 07052**
Number, Street, City, State & ZIP Code

Contact phone    **973-243-8600**        Email address

**NJ**
Bar number and State

Debtor  **Lotus Exim International, Inc.**
Name

Case number (*if known*) _____

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number (*if known*) _____      Chapter  **7**

☐ Check if this an
amended filing

---

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Elegant Marble & Granite, Inc.** | | | Relationship to you | **Affiliate** |
| District | **New Jersey** | When | **3/27/18** | Case number, if known | **18-** |
| Debtor | **Lotus Marble & Granite, Inc.** | | | Relationship to you | **Affiliate** |
| District | **New Jersey** | When | **3/27/18** | Case number, if known | **18-** |
| Debtor | **Lotus Natural Stone, LLC** | | | Relationship to you | **Affiliate** |
| District | **New Jersey** | When | **3/27/18** | Case number, if known | **18-** |
| Debtor | **Majestic Marble & Granite, Inc.** | | | Relationship to you | **Affiliate** |
| District | **New Jersey** | When | **3/27/18** | Case number, if known | **18-** |
| Debtor | **Perfect Marble & Granite, Inc.** | | | Relationship to you | **Affiliate** |
| District | **New Jersey** | When | **3/27/18** | Case number, if known | **18-** |
| Debtor | **Rajendra and Jyoti Kankariya** | | | Relationship to you | **Affiliate** |
| District | **New Jersey** | When | **3/27/18** | Case number, if known | **18-** |

## RESOLUTION OF SPECIAL MEETING OF
## LOTUS EXIM INTERNATIONAL, INC.

I hereby certify that at a duly called and held special meeting of the shareholders of Lotus

Exim International, Inc., a New Jersey corporation (the "Corporation"), held on the 22nd day of

March, 2018, the following Resolution was proposed and unanimously adopted:

> **BE IT RESOLVED**, the aforementioned Corporation, in view of its financial condition, be and is hereby authorized and directed on behalf of the Corporation, to file a petition pursuant to Chapter 7 of the Bankruptcy Code and retain the services of counsel for the purposes of preparing, filing, and prosecuting a Petition under Chapter 7 and to take all steps necessary and related thereto, and that Rajendra Kankariya, President and Chief Executive Officer of the Corporation, is hereby authorized to execute the Petition and any other pleadings or documents he deems necessary in connection with the Chapter 7 case of the Company; and it is further

> **RESOLVED**, that Rajendra Kankariya, President and Chief Executive Officer of the Corporation, be and hereby is, authorized and directed in the name and on behalf of the Corporation, to prepare, execute, issue, deliver and/or file any and all such further agreements, certificates, instruments, letters and pleadings and other documents to perform any and all such acts as he may deem necessary or desirable to effectuate fully the foregoing Resolution; and it is further

> **RESOLVED**, that the Corporation is authorized to retain the law firm of Trenk, DiPasquale, Della Fera & Sodono, P.C., to represent the Corporation in connection with the Chapter 7 filing.

In certification hereof, I do set my hand and seal this 22nd day of March, 2018.

**LOTUS EXIM INTERNATIONAL, INC.**

By:___ /s/ Jyoti Kankariya _____
Jyoti Kankariya

By:___ /s/ Rajendra Kankariya _____
Rajendra Kankariya

4835-5652-9503, v. 1

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of New Jersey

In re   **Lotus Exim International, Inc.**

_____ Debtor(s)

Case No. _____
Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 10,500.00 |
| Prior to the filing of this statement I have received | $ | 10,500.00 |
| Balance Due | $ | 0.00 |

2.    The source of the compensation paid to me was:

   ☑ Debtor    ☐ Other (specify):

3.    The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other (specify):

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtor in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March  22, 2018**
_____
_Date_

**/s/ Sam Della Fera, Jr.**
_____
**Sam Della Fera, Jr.**
_Signature of Attorney_
**Trenk, DiPasquale, Della Fera & Sodono, P.C.**
**347 Mount Pleasant Avenue**
**Suite 300**
**West Orange, NJ 07052**
**973-243-8600  Fax: 973-243-8677**
_Name of law firm_

# United States Bankruptcy Court
### District of New Jersey

In re   **Lotus Exim International, Inc.**

Debtor(s)

Case No.

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President/CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March 22, 2018**

**/s/ Rajendra Kankariya**
**Rajendra Kankariya/President/CEO**
Signer/Title

AA Advantage
Business Card Services
PO Box 23066
Columbus, GA 31902-3066


American Express
PO Box 1270
Newark, NJ 07101-1270


American Express
PO Box 981537
El Paso, TX 79998-1537


American Express Plum Card
PO Box 1270
Newark, NJ 07101-1270


American Logistic Group
PO Box 4
Syosset, NY 11791


AMG Marmores e Granitos
Rod. Gumercindo Moura Nunes -KM 7.5
Gumercindo Moura Nunes
Cachoeiro de Itapemirim - ES 29300-97
BRAZIL


Ankur International
1206 Cranbury-South River Road
Cranbury, NJ 08512


Antonio Sartrio Marmores e Granitos Ltda
Rod. BR 101 KM 401 SN
Santa Maria Do Frade
Itapemirim - ES 29330
BRAZIL


Aro Granite Industries, Ltd.
#1001, 10th Floor
DLF Tower A
Jasola, New Delhi - 110 025
INDIA

Artemarmol, S.A.
Carretera de Ador, Km. 1, Villalonga
Valencia
SPAIN 46720


Assistant Attorney General
Department of Justice - Tax Division
Civil Trial Section, Eastern Region
PO Box 227
Washington, DC 20044


Atenas Granitos
Rodovia ES 137, SN KM 02
L/01 Polo Agroindustrial
Nova Venécia - ES, 29830
BRAZIL


Bank of America
PO Box 15796
Wilmington, DE 19886-5796


Bank of America - Fleet
PO Box 660576
Dallas, TX 75266-0576


Bank of Ozarks
PO Box 196
Ozark, AR 72949


BG Granite, Inc.
9th Km., Mysore Road
Badanaguppe Village
Chamrajnagar, Karnataka 571313
INDIA


Biz 2 Credit
462 Seventh Avenue
20th Floor
New York, NY 10018


Blue Rocket SEO
10878 Westheimer Road
Box #102
Houston, TX 77042

BMO Harris Bank, N.A.
PO Box 71951
Chicago, IL 60694

BMO Harris Bank, N.A.
PO Box 71951
Chicago, IL 60694-1951

Brasigran Granitos
Rua 38 N
115 - Civit II
Serra - ES 29168-069
BRAZIL

Bruce L. Safro, Esq.
One University Plaza
Suite 14
Hackensack, NJ 07601

Capital One Bank
PO Box 30281
Salt Lake City, UT 84130-0281

Cargo Chartering & Project/Vitoria Stone
c/o Lanhi H. Saldana, Esq.
The Saldana Law Firm
116 Village Boulevard, #200
Princeton, NJ 08540

Chase Auto Finance
PO Box 9001801
Louisville, KY 40290-1801

Clean Sweep LLC
67 Essex Street
Maywood, NJ 07607

Columbini Porfido Marmo Granito
Via degli Artigiani, 17
Pergine Valsugana, TN 38057
ITALY

Cornerstone Marble & Granite, Inc.
204 N. Taylor
Amarillo, TX 79107

Cornerstone Marble & Granite, Inc.
c/o Me-Tun Enterprise Co., Ltd
13F-6, No. 415, Sec. 4, Hsin Yi Rd.
Tapiei
TAIWAN


Costa Granitos Ltda.
R. Atalides Moreira de Souza
502 - Civit I
Serra - ES 29168-060
BRAZIL


Counter Surfaces, Inc.
c/o Steven B. Frankoff, Esq.
15014 Marlebone Court
Houston, TX 77069


Counter Surfaces, Inc.
24514 Emerald Pool Falls
Tomball, TX 77375


Crane America Services
88048 Expedite Way
Chicago, IL 60695


Crestmark Bank
c/o James W. Rose, Esq.
Jaffe, Raitt, Heuer & Weiss
27777 Franklin Road, Suite 2500
Southfield, MI 48034-8214


Crystal Granite & Marble Pvt. Ltd.
41 K.M. Bangalore Mysore Road
Bengaluru, Karnataka 571511
INDIA


Cupa Stone, S.I.
C/Matilde Conesa 14
Ponferrada (Leon) 24400
SPAIN


Danesi
7500 N.W. 25th Street
Suite 284
Miami, FL 33122

De Lage Landen Financial Services
PO Box 41601
Philadelphia, PA 19101-1601


Diamler Truck Financial
PO Box 5260
Carol Stream, IL 60197-5260


Direct Stone USA, Inc.
100 N. Cherry Street
Winston Salem, NC 27101


Division of Taxation
124 Halsey Street
Second Floor
Newark, NJ 07102


East West Bank
c/o Frances J. Panzini-Romeo, Esq.
Falkin & Panzini-Romeo, LLC
30A Vreeland Road, Suite 100
Florham Park, NJ 07932


East West Bank
9300 Flair Drive
Sixth Floor
El Monte, CA 91731


EFC Services, Inc.
22565 Esplanada Drive
Boca Raton, FL 33433


Elegant Marble & Granite, Inc.
16 Leliarts Lane
Elmwood Park, NJ 07407


Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD 21117


Euro Ckp Sa. Pol. Industries De Ribadelo
36710 TUI
Ponteverde
SPAIN

Exotic Granite & Marble, Inc.
14293 23 Mile Road
Suite 3B
Shelby Charter Township, MI 48315

Ferraz Brasil Marmores e Granitos
R. Atalides Moreira de Souza
615 - Civit I
Serra - ES 29168-060
BRAZIL

Flagramar Marmores e Granitos
R. Vargem Alta
164 - Parque das Gaivotas
Serra - ES 29298
BRAZIL

Fortuna Granitos Corp.
1700 S. Dixie Highway
Suite 505
Boca Raton, FL 33432

Fortuna Granitos Corp.
c/o Mark J. Bressler, Esq.
Bressler Dyuk Law Firm
60 State Highway 27
Edison, NJ 08820

Franchi Umberto Marmi
Via del Bravo 14-16
Carrara (MS) 54033
ITALY

General Electric Capital Corp.
PO Box 35701
Billings, MT 59107-5701

Global Marmores e Granitos Ltda.
Rodovia Caxhoeiro x Alegre, s/n Km 2,5
Pau Brasil - Zona Rual
Cachoeiro de Itapemirim -  ES 29313-100
BRAZIL

GPS Granite Ltda.
Rua 6D, Quadra XIII, 194B
Civit II
Serra - ES 29168-070
BRAZIL


Gramil Granitos e Marmores Itapermirim
Av. Fioravante Cypriano
516 - Central Parque
Cachoeiro de Itapemirim - ES 29313-159
BRAZL


Granales Mineracao e Industria Ltda
Rodovia ES 320 S/N
Zona Rural
 Barra de São Francisco - ES 29800000
BRAZIL


Granex DO Brasil Ltda.
Rod, ES 137 S/N KM 182
São Domingos do Norte - ES 29745
BRAZIL


GranForte Polimentos Ltda. Epp
Rodovia BR 101, KM 396
Maua-Rio Novo Do Sul - ES 29290-000
BRAZIL


Granisa Granitos de Atios, S.A.
Poligonos Industrial a Granxa
36400 Porrino, Pontevedra
SPAIN


Granite Central Distributors, LLC
701 E. 12th Street
Chester, PA 19013


Granite Imports, Inc.
4703 Hamilton Drive
Voorhees, NJ 08043


Granitex S.P.A.
Via Carrara, 14
37023 Grezzana (Verona)
ITALY

Granitex, S.P.A.
c/o Euler Hermes Collection Agency
800 Red Brook Boulevard
Owings Mills, MD 21117


Graniti Tecnica
3 Spencer Road, Ext. 1
Spartan 1619
Gauteng
SOUTH AFRICA


Graniti Tecnica
PO Box 812
Isando, 1600
SOUTH AFRICA


Greenway Landscaping
2230 Star Court
Rochester Hills, MI 48309


Harbor Freight Transport Corp.
301 Craneway Street
Port Newark, NJ 07114


Hari Tag Exports Private Limited
SY. NO. 73/2B, 82/1,Off NH-7
Hosur - Krishanagiri Road
Hosur 635117
INDIA


Harrison Tree and Lawn Care
PO Box 1275
Royal Oak, MI 48068


Heera Granite Pvt. Ltd.
301 West Minister
13 Cunningham Road
Bangalore Karnataka 560052
INDIA


Henraux S.P.A.
Via Deposito, 269
Querceta LU 55046
ITALY

HMJ Trucking, LLC
5 Christopher Street
Carteret, NJ 07008


Honda Financial Services
PO Box 5308
Elgin, IL 60121-5308


Huron Community Bank
301 Newman Street
PO Box 312
East Tawas, MI 48730


Huron Community Bank
301 Newman Street
PO Box 312
East Tawas, MI 48730-0312


Hyundai Motor Finance
PO Box 650805
Dallas, TX 75265-0805


Ibero Stone and Marbles S.L.
Ctra. Novelda - La Romana
KM 11, Nave 11
La Romana (Alicante) 03669
SPAIN


Imagi - Ex Granitos e Marmores Ltda.
Gironda SN
Vargem Grande de Soturno
Itapemirim, Espirito Santo 29326
BRAZIL


Indo American, Inc.
c/o Christopher V. McOmber, Esq.
McOmber & McOmber, P.C.
54 Shrewsbury Avenue
Red Bank, NJ 07701


Indo American, Inc.
4-24 Sellers Street
Kearny, NJ 07032

Industria de Marmores e Granitos
c/o Mark J. Bressler, Esq.
Bressler Duyk Law Firm
60 State Highway 27
Edison, NJ 08820

Internaational Stones India Pvt. Ltd.
c/o Jan Alan Brody, Esq.
Carella, Byrne, Cecchi, Olstein, et al.
5 Becker Farm Road
Roseland, NJ 07068

Internaational Stones India Pvt. Ltd.
Plot E5, Sipcot, Phase 2
Expn 1, Hosur – 635109
Tamil Nadu
INDIA

Internal Revenue Service
Special Procedures Branch
Attn:  Bankruptcy Section
PO Box 744
Springfield, NJ 07081-0744

Internal Revenue Service
Attn:  District Director
955 South Springfield Avenue
Springfield, NJ 07081

Internal Revenue Service
Office of the Chief Counsel
SB/SE Division Counsel
One Newark Center, Suite 1500
Newark, NJ 07102

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Itria Ventures, LLC
1000 N. West Street
#1200
Wilmington, DE 19801

Itria Ventures, LLC
1812 Front Street
Scotch Plains, NJ 07076

J.V.S. Marmores e Granitos Ltda.
Rod. Cachoeiro x Frade KM 04
Poco Dantas
Cachoeiro de Itapemirim - ES
BRAZIL


Jagdish Poola
7 Park Drive East
Old Westbury, NY 11568


Jaikanth Murugan Traders
19/2 Sakthi Nagar
Gandhigramam South, Karur 639004
Tamil Nadu
INDIA


Jyoti Kankariya
125 Walnut Drive
Tenafly, NJ 07670


K. Poola
7 Park Drive East
Old Westbury, NY 11568


Kamlesh Mehta & Family, LLC
76 N. Broadway
#2004
Hicksville, NY 11801


Kshitish Soman
2310 Pine Valley Way
Piscataway, NJ 08854


Kuntal Granites Pvt. Ltd.
A-1 Anchorage Building, GF
Vaccha Gandhi Road
Gamdevi, MH 400007
INDIA


La Ponte Marmi S.r.l.
Via Ponte - Loc. Ramagnano
Grezzana, Verona 37023
ITALY

Legora Com. Exp. de Marmores e Granitos
Rua Mauro Miranda Madureira, s/n
Coramara - Cachoeiro de Itapemirim - ES
BRAZIL


Lime Energy Services Co.
c/o Adam M. Brown, Esq.
Heitner & Breitstein
PO Box 270
Wickatunk, NJ 07765


Lito Store, S.r.l.
Contrada Mazzicanino
87016 Morano Calabro (CS)
ITALY


Lotus Exim International, Inc.
16 Leliarts Lane
Elmwood Park, NJ 07407


Lotus Hong Kong
Unit-1, 8/F, Guardforce Centre
No-3, Hok Yuen Street East
Hunghom Kowloon
HONG KONG


Lotus Marble & Granite, Inc.
16 Leliarts Lane
Elmwood Park, NJ 07407


Lotus Natural Stone, LLC
125 Walnut Drive
Tenafly, NJ 07670


M.S. International, Inc.
36 Brunswick Avenue
Edison, NJ 08817


Madhav Marbles & Granite Ltd.
4/36 Bharathi Street
Swarnapuri, Salem, Tamil Nadu 636004
INDIA


Majestic Marble & Granite, Inc.
125 Walnut Drive
Tenafly, NJ 07670

Marcel Marmore Comercia e Exportacao Ltd
Rua Ângelo Silvério, S/N - Aeroporto
Cachoeiro do Itapemirim - ES 29314-093
BRAZIL


Marmi Bruno Zanet SRL
Rodovia BR 262 KM 12,5
nr. 5655 - Parque Industrial
Viana - ES 29135-000
BRAZIL


Marmi Tiziano, S.L.
Avda. de la Constitucion, 543A
PO Box 439
Novelda Alicante 03660
SPAIN


Mediteraneo Marmores e Granitos Ltda.
Rua Seis, S/N, Lote 2/3 QD 12
Civit II-Serra
Espirito Santo
BRAZIL


Mediterranean Shipping Company USA, Inc.
420 Fifth Avenue
New York, NY 10018


Milanezi Granitos
Rod. ES 164
Sao Jose de Fruterias
Vergem Alta - ES
BRAZIL


Milgram Granitos
Córrego Boa Esperança
S/N Zona Rural
Barra de São Francisco-ES   29800-000
BRAZIL


Mondial Granite, S.P.A.
c/o Gilbert M. Singer, Esq.
Marcadis Singer, P.A.
5104 S. West Shore Boulevard
Tampa, FL 33611

Mondial Granite, S.P.A.
Km. 8.200 S.P. Comiso Chiaramonte
Chiaramonte Gulfi, RG 9701
ITALY


Monte Negro Marmores e Granitos Ltda.
c/o Mark J. Bressler, Esq.
Bressler Dyuk Law Firm
60 State Highway 27
Edison, NJ 08820


Monte Negro Marmores e Granitos Ltda.
Rodovia BR 259, s/n KM1 CASN
Zona Rural
João Neiva - ES 29680-000
BRAZIL


Moore Construction, LLC
PO Box 2986
Westfield, NJ 07091


New Jersey Division of Taxation
Bankruptcy Section
PO Box 245
Trenton, NJ 08695-0245


Nissan Motor Acceptance Corp.
PO Box 660577
Dallas, TX 75266-0577


NY State Dept. of Taxation & Finance
Harriman Campus Road
Albany, NY 12226


O'Connor Davies, LLP
Dorothy B. Kraft Center
15 Essex Road
Suite 503
Paramus, NJ 07652


Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Office of the Attorney General
PO Box 080
Trenton, NJ 08625-0080


Office of the Attorney General
Division of Law
Richard J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625-0112


Oliver Import & Export Ltda.
Rod. Cachoeiro x Safra, S/N Km. 6
Cachoeiro de Itapemirim
Espirito Santo 29315055
BRAZIL


On Site Fleet Services, Inc.
25 Borough Street
Rutherford, NJ 07070


Pallava Granite Indstries (I), Ltd.
19/10 North Street - Cooperative Colony
Sri Ram Naagar, Alwarpet, Chennai
Tamil Nadu 600018
INDIA


Paradigm Granite Pvt. Ltd.
Kundumaranapalli Road
Gundugurki, Tamil Nadu 635117
INDIA


Paradigm Granite Pvt. Ltd.
Near Meenakshi Temple
Bannerghatta Road
Bengaluru, Karnataka 560 076
INDIA


Pazigram Pazini Granitos e Marmores Ltda
c/o Mark J. Bressler, Esqw
Zona Rural
Itapemirim - ES, 29295-000
BRAZIL

Pazigram Pazini Granitos e Marmores Ltda
Rod. ES 488, KM 30, Sito da Serra, Frade
Distrito de Itapecoa
Itapemirim - ES 29330-000
BRAZIL


Pazigram Pazini Granitos e Marmores Ltda
Rod. Cachoeiro x Frade KM 11
Zona Rural
Itapemirim - ES, 29295-000
Elmwood Park, NJ


Pedra do Frade Export
Rod. Br. 101 KM 393, S/N
Rio Novo Do Sul - ES 29290-000
BRAZIL


Pedra do Itabira Granitos Ltda.
Fazenda Cachoeira Alegre
Zona Rural
Cachoeiro de Itapemirim-ES 29308-843
BRAZIL


Perfect Marble & Granite, Inc.
16 Leliarts Lane
Elmwood Park, NJ 07407


Pinto Services
95 Route 46 West
Lodi, NJ 07644


PMI International Stone Importers
29 Vanderburg Road
Marlboro, NJ 07746


PMI Milinarzi
Rod. ES 164
Sao Jose de Fruterias
Vergem Alta - Espirito Santo
BRAZIL


Preeti Soman
2310 Pine Valley Way
Piscataway, NJ 08854

Pro Counters New England, LLC
93 Miller Drive
Naugatuck, CT 06770


Provident Bank
100 Wood Avenue South
Iselin, NJ 08830


Quartz Master-Quartz
101 East Second Street
Bayonne, NJ 07002


Quarzo USA
301 Cranway Street
Port Newark, NJ 07114


Quench USA
PO Box 8500
Lockbox #53203
Philadelphia, PA 19178-8500


Rajendra Kankariya
125 Walnut Drive
Tenafly, NJ 07670


Rasun Exports Private Limited
6-3-351, 4th Floor, Rd. No. 1
Banjara Hills
Hyderabad, Telangana 500040
INDIA


Rock Stone Import, Inc.
810 Deluca Road
Belleville, NJ 07109


Ron's Custom Heating & Cooling
50657 Central Industrial Drive
Shelby Charter Township, MI 48315


SA Stone
Rua Principal S/N Prosperidade
Vargem Alta - ES 29295-000
BRAZIL

Sabragram Sabadine Granitos e Marmores
Rod. BR 101, KM 446
Sao Jose Das Torres
Mimoso Do Sul - ES 29400-000
BRAZIL


Santo Antonio Granitos
Rod. Eng° Fabiano Vivácqua, 982
BR 482 - Safra
Cachoeiro de Itapemirim - ES 29308-500
BRAZIL


Santucci Group
Santucci Graniti s.r.l.
via Piava 32
54033 Carrara (MS)
ITALY


Saudi Marble & Granite Factory Company
60th Street, Malaz
Salah Uddin Ayyubi Road
Riyadh, Kingdom of Saudi Arabia   11476
SAUDI ARABIA


Schechner Lifson Corporation
4 Chatham Road
Summit, NJ 07901


Shree Ram Granites
Khasara No. 261 & 262
Near Oil Mill, Bishangarh Road
Jalore, Rajasthan 343001
INDIA


Shree Rana Marble Mines Pvt. Ltd.
G-1/23-24 Paryavaran Road, 4th Phase
Riico Industrial Area
Madanganj, Rajasthan
INDIA


Siemens Financial Services
c/o Law Office of Charles A. Gruen, Esq.
381 Broadway
Suite 300
Westwood, NJ 07675

Siva Stones, Inc.
Plot Nos. 3 & 4, APIIC BP SEZ
Annangi Village, Maddipadu Mandal
Prakasam Dist. AP 523211
INDIA


Southern Cartage
PO Box 52-1033
Miami, FL 33152


Spencer Savings Bank, SLA
611 River Drive
Elmwood Park, NJ 07407


State of New Jersey
Division of Taxation
Sales & Use Tax
PO Box 999
Trenton, NJ 08625


State of New Jersey
Division of Taxation - Gross Income Tax
50 Barrack Street
PO Box 269
Trenton, NJ 08625


State of New Jersey
Division of Employer Accounts
PO Box 379
Trenton, NJ 08625


Stone Cloud, LLC
155 W. 68th Street
Suite 906
New York, NY 10023


Stone Decor Galleria
10 Ryan Road
Woburn, MA 01804


Stone Park USA, Inc.
138 Royal Avenue
Wyncote, PA 19095

Stone Profit Systems
Plot No. 284/285
Raja Rajeshwari Nagar
Kondapur Hyderabad, Telangana 500084
INDIA


Stone Trading International
CCIAA di Massa Carrara
Via Martiri di Cefalonia
Massa, MS 54100
ITALY


Summit Comercio Importacao e Exportacao
Rue Neves Armond
210, Ed. Newport Center, Sala 606
Praia do Sua, Vitoria - ES 29052-280
BRAZIL


Supreme Stone Gallery
401 North Rome Avenue
Suite 4326
Tampa, FL 33605


Tampa Electric Co
PO Box 31318
Tampa, FL 33631-3318


TD Bank, N.A.
PO Box 16027
Lewiston, ME 04243-9513


TD Bank, N.A.
2059 Springdale Road
Cherry Hill, NJ 08003


TECO
PO Box 31318
Tampa, FL 33631-3318


Thor Granitos e Marmores, Ltda.
Rodovia Manilha Magé, BR 493 - Km 1
BR 493 - Km 1
Manilha-Itaborai-Rio de Janiero 24800000
BRAZIL

Toledo Mineracao Ltda.
c/o Thomas S. Garlick, Esq.
Landel, Bernstein & Kalosieh, LLP
279 Franklin Avenue
Wyckoff, NJ 07481


Toledo Mineracao Ltda.
Rod. Barra de São Francisco - Mantena
Km 03 S/N - Zona Roura
Barra de Sao Francisco - ES 29800-000
Elmwood Park, NJ


Total Quality Logistics
PO Box 634558
Cincinnati, OH 45263


Toyota Financial Service
Dept. 2431
Carol Stream, IL 60132-2431


Universal Stone Source
1903 Plaza Drive
Woodbridge, NJ 07095


Vargas Granitos Ltda.
Av. Castelo Branco, 450
AP 101 - Vila Lindinha
Barra De Sao Francisco - ES 29800-000
BRAZIL


Vested Business Solutions, LLC
Attn:  Dinesh Mittal, Partner
1600 Route 130 North
Second Floor
North Brunswick, NJ 08902


Vitoria Stone Industria e Comercia
Rua Atalydes Moreira de Souza
S/N Lotes 11/12-Civit I
Serra -ES 29168-060
BRAZIL


Volponi Importacao Exportacao Ltda.
Corrego do itas/N. Monte Sinai
Barra de Sao Francisco 28000000
BRAZIL

Webster Business Credit Corp.
360 Lexington Avenue
Fifth Floor
New York, NY 10017


Webster Business Credito Corp.
c/o Cullen and Dykman, LLP
100 Quentin Roosevelt Boulevard
Garden City, NY 11530


Wells Fargo
PO Box 51174
Los Angeles, CA 90051-5474


Wells Fargo Bank
PO Box 51174
Los Angeles, CA 90051-5474


Xiamen Stone Enterprise Grp. Co. Ltd.
c/o Carl J. Dallarda, Esq.
Indik & McNamara, PC
1100 Cornwall Road, Suite 203
Monmouth Junction, NJ 08852


Xiamen Stone Enterprise Grp. Co. Ltd.
Floor 8, Zhongxin Hulyang Office Bldg.
No. 59 Hubin Beilu
Xiamen, Fujian 361012
CHINA


Yvette Aguirre
PO Box 522023
Miami, FL 33152