**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>LOTUS EXIM INTERNATIONAL, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-15957 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that Joseph Lubertazzi, Jr. of McCarter & English, LLP, hereby enters his appearance in the above-captioned case for Provident Bank ("Provident"), and hereby requests, pursuant to Section 1109 of Title 11 of the United States Code and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, that Provident be placed on the mailing matrix filed by the debtor and any and all other mailing matrices or service lists that may be used for any purpose in this case and that copies of any and all notices given or required to be given and of all pleadings and other papers served or required to be served in this case be given and served on undersigned counsel at the following address:

> Joseph Lubertazzi, Jr.
> McCarter & English LLP
> Four Gateway Center
> 100 Mulberry Street
> Newark, NJ  07102-4056
> Tel: 973-622-4444
> Fax: 973-624-7070
> Email: jlubertazzi@mccarter.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, formal or informal, and whether

transmitted or conveyed by mail, hand delivery, facsimile transmission, telephone, telegraph, telex or otherwise, which affects the debtor or the property of or in the possession, custody or control of the debtor, or which is otherwise filed or given with regard to the above-captioned case.

Dated: Newark, New Jersey
April 12, 2018

                                          McCARTER & ENGLISH LLP
                                          *Attorneys for Provident Bank*

                                    By: *s/ Joseph Lubertazzi, Jr.*
                                              Joseph Lubertazzi, Jr.
                                              Four Gateway Center
                                              100 Mulberry Street
                                              Newark, NJ  07102-4056
                                              Tel: 973-622-4444
                                              Fax: 973-624-7070

ME1 27004364v.1