**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Stuart Komrower, Esq.
skomrower@coleschotz.com
Jacob S. Frumkin, Esq.
jfrumkin@coleschotz.com
(201) 489-3000
(201) 489-1536 Facsimile
*Attorneys for Nicholas Delzotti, Chapter 7 Trustee*

|  |  |
|---|---|
| In re:<br><br>LOTUS EXIM INTERNATIONAL, INC., *et al.*[1]<br><br>Debtors. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSERY<br>HONORABLE VINCENT F. PAPALIA<br>CASE NO. 18-15957 (VFP)<br><br>(Jointly Administered)<br><br>Chapter 7 |

**HEARING DATE AND TIME:**
May 30, 2018, at 11:00 a.m.

**ORAL ARGUMENT WAIVED UNLESS
OBJECTIONS TIMELY PRESENTED**

**NOTICE OF MOTION TO APPROVE STIPULATION AND
ORDER BY AND BETWEEN CHAPTER 7 TRUSTEE AND PROVIDENT
BANK (1) AUTHORIZING ABANDONMENT AND SALE OF INVENTORY;
(2) ESTABLISHING PROCEDURES FOR COLLECTION AND DISTRIBUTION OF
ACCOUNTS RECEIVABLE; (3) PROVIDING FOR CARVE-OUTS UNDER SECTION
506(c) OF THE BANKRUPTCY CODE; AND (4) GRANTING RELATED RELIEF**

TO:    All Parties-in-Interest

PLEASE TAKE NOTICE that on the 30th day of May, 2018, at 11:00 a.m., or as soon

thereafter as counsel may be heard, the undersigned, counsel for Nicholas Delzotti, Chapter 7

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal identification number are: Lotus Exim International, Inc. (9129), Lotus Marble & Granite, Inc. (1355), Perfect Marble & Granite, Inc. (5625), Elegant Marble & Granite, Inc. (6708), Lotus Natural Stone, LLC (7701), and Majestic Granite & Marble, Inc. (1176).

Trustee, shall move before the Honorable Vincent F. Papalia, United States Bankruptcy Judge, at

the United States Bankruptcy Court, Martin Luther King Jr. Federal Building, 50 Walnut Street,

Newark, New Jersey 07102, Courtroom 3B, for entry of an Order approving that certain

Stipulation and Order By and Between Chapter 7 Trustee and Provident Bank (1) Authorizing

the Abandonment and Sale of Inventory; (2) Establishing Procedures for the Collection and

Distribution of Accounts Receivable; (3) Providing For Carve-Outs Under Section 506(c) of the

Bankruptcy Code; and (4) Granting Related Relief (the "Motion").

PLEASE TAKE FURTHER NOTICE that in support of the Motion, the undersigned

shall rely on the Application and Certification of Nicholas Delzotti, which set forth the relevant

factual and legal bases for the relief requested.  A proposed Order is submitted herewith.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the

Motion shall: (i) be in writing, (ii) state with particularity the basis of the objection; and (iii) be

filed with the Clerk of the United States Bankruptcy Court electronically by attorneys who

regularly practice before the Bankruptcy Court in accordance with the General Order Regarding

Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the

"General Order") and the Commentary Supplementing Administrative Procedures dated as of

March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental

Commentary and the User's Manual for the Electronic Case Filing System can be found at

www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in

interest, on CD-ROM in Portable Document Format (PDF), and shall be served in accordance

with the General Order and the Supplemental Commentary, so as to be received no later than

seven (7) days before the hearing date set forth above.

43488/0004-15809939v3

PLEASE TAKE FURTHER NOTICE that unless objections are timely filed and served,

the Motion may be decided on the papers in accordance with D.N.J. LBR 9013-3(d), and the

relief requested may be granted without further notice or hearing.

PLEASE TAKE FURTHER NOTICE that the undersigned requests oral argument on the

return date of the Motion if objections are timely filed.

**COLE SCHOTZ P.C.**
*Attorneys for Nicholas Delzotti, Chapter 7 Trustee*

By:____*/s/ Stuart Komrower*_____
Stuart Komrower, Esq.
Jacob S. Frumkin, Esq.

DATED:  May 9, 2018

3