LAW OFFICES
**CHARLES A. GRUEN**
Rosa Amica-Terra, Esq. (006412007)
Attorneys for Creditor
TCF Equipment Finance, a Division
  of TCF National Bank
381 Broadway, Suite 300
Westwood, New Jersey 07675
(201) 342-1212
(RA5727)

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>LOTUS EXIM INTERNATIONAL, INC.<br><br>                     Debtor. | Chapter 7<br><br>Case No.: 18-15957 (VFP)<br><br>Hearing Date: Tuesday, June 19, 2018<br>Hearing Time: 10:00 a.m.<br>Honorable Vincent F. Papalia, U.S.B.J. |

## NOTICE OF MOTION TO VACATE THE AUTOMATIC STAY

TO:  Sam Della Fera, Esq.                             Joseph Lubertazzi, Esq.
     347 Mount Pleasant Ave                           McCarter & English
     Suite 300                                        Four Gateway Center
     West Orange, New Jersey 07052                    100 Mulberry Street
     Attorneys for Debtor                             Newark, New Jersey 07102
                                                      Attorneys for Debtor

     Lotus Exim International, Inc.                   Nicholas J. Delzotti, Chapter 7 Trustee
     16 Leilarts Lane                                 P.O. Box 20117
     Elmwood Park, New Jersey 07407                   Newark, New Jersey 07101
     Debtor

     Stuart Komrower, Esq.                            United States Trustee
     Cole Schotz                                      One Newark Center
     25 Main Street                                   1085 Raymond Blvd, Suite 2100
     Hackensack, New Jersey 07601                     Newark, New Jersey 07102

**PLEASE TAKE NOTICE** that on Tuesday, June 19, 2018, at 10:00 a.m. in the forenoon or as soon thereafter as counsel may be heard, the undersigned, attorneys for Creditor, TCF EQUIPMENT FINANCE, a Division of TCF National Bank (hereinafter "TCF"), will move before the Honorable Vincent F. Papalia, U.S.B.J., United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Newark, New Jersey 07101, for an Order vacating the automatic stay and permitting TCF to repossess and sell certain collateral, more particularly described in the attached pleadings.

Upon the return date, counsel shall rely upon the annexed Affidavit of Gregory A. Payer, an employee of Creditor, TCF.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant Creditor, TCF's, Motion, or if you want the Court to consider your views on the within Motion, then on or before **June 12, 2018,** you or your attorney must file with the Court a written opposition response to TCF's Motion explaining your position and stating with particularity the basis of your opposition to the within Motion pursuant to D.N.J. LBR 9013-1(d), et seq. Your response must be filed with the Bankruptcy Court Clerk at the United States Bankruptcy Court, District of New Jersey, 50 Walnut Street, Newark, New Jersey 07102.

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive it** on or before the date stated above.

You must also mail a copy to:

    Charles A. Gruen, Esq.
    Law Offices of Charles A. Gruen
    381 Broadway, Suite 300
    Westwood, New Jersey 07675
    Attorneys for TCF EQUIPMENT FINANCE, a Division of TCF
    National Bank

If you are opposing the Order that TCF is seeking from the Court, you must attend the hearing scheduled to be held June 19, 2018, at 10:00 a.m., at the United States Bankruptcy Court, 50 Walnut Street, Newark, New Jersey 07102, the Honorable Vincent F. Papalia, U.S.B.J., presiding.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.

                LAW OFFICES OF CHARLES A. GRUEN
                Attorneys for Creditor,
                TCF EQUIPMENT FINANCE, a Division of
                TCF National Bank

                By:    */s/ Rosa Amica-Terra*
                        ROSA AMICA-TERRA

Dated: May 23, 2018