# Exhibit C

# Lotus Exim International Inc.

**DBA Perfect Marble & Granite Inc., 7235 Ninth**
Sterling Hights, MI - 48314, USA
Phone: 586-323-7144  Fax: 586-323-7145

## Sales Invoice

| Date | Invoice # |
|---|---|
| 03/09/2017 | 118026 |

**BILL TO**

Arsanos Construction Inc
P.O Box 99073
Troy, MI , 48099-9073,

**SHIP TO**

ETA GRANITE INC
36423 Groesbeck Highway,
ClintonTownship, MI, 48035

| Reference # | TERMS | DUE DATE | SHIPPING REF.# |
|---|---|---|---|
| | 90 Days | 06/07/2017 | |

| # | DESCRIPTION | Lot # | PCS. | QTY - SQ. FT. | RATE / SQ. FT. | AMOUNT US$ |
|---|---|---|---|---|---|---|
| | White Reef  Marble X Polished | P3789 | 3. | 188.22 | 22.20 | 4,178.50 |

| Amount in words - Four Thousand One Hundred Seventy-Eight and 50/100   US$ | | |
|---|---|---|
| Discount | | 0 |
| Taxes    .00 % | | .00 |
| Shipping | | .00 |
| Total    US$ | | 4,178.50 |

1. All prices are X Warehouse MI or as mentioned in invoice and all products are natural and variation is assumed,and may very form samples.
2. All disputes / disagreements arising over this contract will be settled as per the guidelines / rules of American Arbritrators Association in Macomb County  MI The judgement will be binding on all parties.
3. The customer/owner of the company receiving the above invoiced material is personally guaranteeing all debts till the entire amount towards invoice is paid off.
4. Invoices not paid within 5 days of due date will be subject to interest of 1.5% per month plus actual attorney fees subject to Macomb County  MI jurisdiction. All return checks will be charged $50
5. LEI  is not liable for delay/non- delivery caused by acts of nature or  for any  reason beyond LEI  control ,any claim for delay /damage/loss in transit must be made with the carrier
6. The customer assume full responsibility or liability for any labour or material claims due to color variations or faulty installation.
7. Material supplied under this invoice remains property of Lotus Exim International Inc.-NJ , until its fully paid.
8. All payments will be accepeted by check only. For any cash payment please obtained cash recipt.
9. All sales are final and returns up to 5 days from the date of delivery only will be accepted if returned in the original packing. The return should be accompanied with written authorization from both the sides (i.e. seller as well as buyer) which after being duly accepted, shall be eligible for account adjustment.
10. Any returns made after 5 days will be accepted at the discretion of management and will be subject to a 25% restocking fees. No return will be accepected after 30 days.
11. All open accounts are established with, approved and monitored by and reported to Credit Insurance Company. All accounts are subject to their underwriting standards.