**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Stuart Komrower, Esq.
skomrower@coleschotz.com
Felice R. Yudkin, Esq.
fyudkin@coleschotz.com
(201) 489-3000
(201) 489-1536 Facsimile
*Attorneys for Nicholas Delzotti, Chapter 7 Trustee*

|  |  |
|---|---|
| In re:<br><br>LOTUS EXIM INTERNATIONAL, INC., *et al.*[1]<br><br>Debtors. | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY HONORABLE VINCENT F. PAPALIA CASE NO. 18-15957 (VFP)<br><br>(Jointly Administered)<br><br>Chapter 7<br><br>**HEARING DATE AND TIME:**<br>August 7, 2018, at 10:00 a.m.<br><br>**ORAL ARGUMENT WAIVED UNLESS OBJECTIONS TIMELY PRESENTED** |

**NOTICE OF MOTION FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105(A) AND 363 AUTHORIZING AND APPROVING THE SALE OF REAL PROPERTY OF LOTUS NATURAL STONE, LLC FREE AND CLEAR OF LIENS, CLAIMS INTERESTS AND ENCUMBRANCES**

TO:    All Parties-in-Interest

PLEASE TAKE NOTICE that on the 7th day of August, 2018, at 10:00 a.m., or as soon

thereafter as counsel may be heard, the undersigned, counsel for Nicholas Delzotti, Chapter 7

Trustee, shall move before the Honorable Vincent F. Papalia, United States Bankruptcy Judge, at

the United States Bankruptcy Court, Martin Luther King Jr. Federal Building, 50 Walnut Street,

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal identification number are: Lotus Exim International, Inc. (9129), Lotus Marble & Granite, Inc. (1355), Perfect Marble & Granite, Inc. (5625), Elegant Marble & Granite, Inc. (6708), Lotus Natural Stone, LLC (7701), and Majestic Granite & Marble, Inc. (1176).

Newark, New Jersey 07102, Courtroom 3B, for entry of an Order authorizing and approving the sale of real property of Lotus Natural Stone, LLC free and clear of liens, claims, interests and encumbrances (the "Motion").

PLEASE TAKE FURTHER NOTICE that in support of the Motion, the undersigned shall rely on the Motion, which sets forth the relevant factual and legal bases for the relief requested.  A proposed Order is submitted herewith.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Motion shall: (i) be in writing, (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court electronically by attorneys who regularly practice before the Bankruptcy Court in accordance with the General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the "General Order") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in-interest, on CD-ROM in Portable Document Format (PDF), and shall be served in accordance with the General Order and the Supplemental Commentary, so as to be received no later than seven (7) days before the hearing date set forth above.

2

PLEASE TAKE FURTHER NOTICE that unless objections are timely filed and served, the Motion may be decided on the papers in accordance with D.N.J. LBR 9013-3(d), and the relief requested may be granted without further notice or hearing.

PLEASE TAKE FURTHER NOTICE that the undersigned requests oral argument on the return date of the Motion if objections are timely filed.

**COLE SCHOTZ P.C.**
*Attorneys for Nicholas Delzotti, Chapter 7 Trustee*

By:     */s/ Stuart Komrower*
       Stuart Komrower, Esq.
       Felice R. Yudkin, Esq.

DATED:  July 10, 2018

43488/0007-16070809v1