Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 18–15957–VFP
                        Chapter: 7
                        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Lotus Exim International, Inc.
    dba Lotus Marble & Granite, Inc., dba
    Perfect Marble & Granite, Inc., dba Elegant
    Marble & Granite, Inc.
    16 Leliarts Lane
    Elmwood Park, NJ 07407

Social Security No.:

Employer's Tax I.D. No.:
    22–3449129

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Nicholas J. Delzotti is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 10, 2023</u>              <u>Vincent F. Papalia</u>
                                                    Judge, United States Bankruptcy Court